The Honorable Jamal Whitehead

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KRISTAL BOX ROBISON,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | Case No. 2:23-cv-00216-JNW<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |

THIS MATTER came before the Court on the parties Stipulated Motion to Continue Trial Date and Pre-trial Deadlines (Dkt. 40). The Court has reviewed the Court file herein and is fully apprised of the same. Accordingly, the Court hereby ORDERS that the parties' Stipulated Motion to Continue Trial Date and Related Pre-trial Deadlines is GRANTED.

The new trial date in this matter is now April 14, 2025. The pre-trial deadlines are set as follows:

| EVENT | OLD DEADLINE | NEW DEADLINE (STIPULATED) |
|---|---|---|
| Deadline for filing amended pleadings | February 20, 2024 | September 20, 2024 |
| Disclosure for expert testimony under Fed. R. Civ. P 26(a)(2) | February 20, 2024 | September 20, 2024 |

ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES
(2:23-CV-00216-JNW) - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

| Disclosure of rebuttal expert testimony under Fed. R. Civ. P 26(a)(2) | 30 days after other party's disclosure | 30 days after other party's disclosure |
|---|---|---|
| All motions related to discovery by | March 20, 2024 | October 17, 2024 |
| Discovery completed by | April 19, 2024 | October 25, 2024 |
| All dispositive motions and *Daubert* motions must be filed by (see LCR 7(d)) | May 20, 2024 | December 19, 2024 |
| Settlement conference per LCR 39.1, if requested by the parties, held no later than | July 18, 2024 | February 14, 2025 |
| Motions in Limine | August 7, 2024 | March 6, 2025 |
| Deposition Designations submitted to Court | August 26, 2024 | March 26, 2025 |
| Agreed Pretrial Order due | August 26, 2024 | March 26, 2025 |
| Trial briefs by | September 3, 2024 | April 3, 2025 |
| Pretrial conference | April __, 2025 | April 7, 2025 |
| Bench Trial | September 16, 2024 | April 14, 2025 |

IT IS SO ORDERED.

DATED this 29th day of March, 2024.

Jamal N. Whitehead
United States District Judge

ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES
(2:23-CV-00216-JNW) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  Presented by:

2  FOX ROTHSCHILD LLP

3  *s/ Bryan J. Case*
4  Bryan J. Case, WSBA #41781
   Al Roundtree, WSBA #54851

5  *Attorneys for Defendant Allstate Fire and Casualty Insurance Company*
6  

7  GREANEY SCUDDER LAW FIRM, PLLC

8  *s/ Karen J. Scudder*
   John J. Greaney, WSBA #11252
9  Karen J. Scudder, WSBA #35351

10 *Attorneys for Plaintiff*

ORDER CONTINUING TRIAL AND PRETRIAL DEADLINES
(2:23-CV-00216-JNW) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600