UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTAL BOX ROBISON, | CASE NO. 23-cv-216 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurer, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On April 12, 2024, Defendant Allstate Fire And Casualty Insurance Company filed a motion for reconsideration of the Court's partial summary judgment order entered on March 29, 2024. Dkt. Nos. 42, 44. Plaintiff Kristal Box Robinson may file a response to Allstate's motion, limited to 2,100 words, within 14 days of this Order. LCR 7(h). Allstate may not reply.

It is so ORDERED.

Dated the 24th day of May, 2024.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

MINUTE ORDER - 2