1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTAL BOX ROBISON,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY<br><br>INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-216<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES |

Before the Court is the Parties' Stipulated Motion to Continue Trial Date and Pre-Trial Deadlines, Dkt. No. 50. Having considered the Stipulated Motion and the record, the Court finds good cause to extend the deadlines. Accordingly, the Court GRANTS the Stipulated Motion, Dkt. No. 50. In addition, the Court sets a deadline of July 7, 2025, for the Parties' Proposed Voir Dire Questions and Proposed Jury Instructions. The new deadlines are below.

The Court notes that this is the Parties' second extension—with the first extension requested seven months ago. Dkt. No. 40. The Court is unlikely to extend the deadlines again, absent truly exigent circumstances.

**ORDER** GRANTING stipulated MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES - 1

| EVENT | OLD DEADLINE | NEW DEADLINE (STIPULATED) |
|---|---|---|
| Deadline for filing amended pleadings | September 20, 2024 | December 20, 2024 |
| Disclosure for expert testimony under Fed. R. Civ. P 26(a)(2) | September 20, 2024 | December 20, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P 26(a)(2) | 30 days after other party's disclosure | 30 days after other party's disclosure |
| All motions related to discovery by | October 17, 2024 | January 14, 2025 |
| Discovery completed by | October 25, 2024 | January 24, 2025 |
| All dispositive motions and *Daubert* motions must be filed by (see LCR 7(d)) | December 19, 2024 | March 21, 2025 |
| Settlement conference per LCR 39.1, if requested by the parties, held no later than | February 14, 2025 | May 16, 2025 |
| Motions in Limine | March 6, 2025 | June 6, 2025 |
| Deposition Designations submitted to Court | March 26, 2025 | June 26, 2025 |
| Agreed Pretrial Order due | March 26, 2025 | June 26, 2025 |
| Trial Briefs by | April 3, 2025 | July 3, 2025 |
| Proposed Voir Dire Questions submitted to Court | | July 7, 2025 |
| Proposed Jury Instructions submitted to Court | | July 7, 2025 |
| Pretrial conference | April 7, 2025 | July 14, 2025 |
| Bench Trial | April 14, 2025 | July 21, 2025 |

Dated this 26th day of July, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** GRANTING stipulated MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES - 2