UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTAL BOX ROBISON,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:23-cv-216<br><br>ORDER DISMISSING CASE |

The Court GRANTS the Parties' Stipulated Motion, Dkt. No. 53. Accordingly, the Court ORDERS:

- This case is DISMISSED with prejudice and without costs or attorneys' fees to any party.
- Any pending motions are DENIED AS MOOT.
- Any scheduled hearings are STRICKEN.
- The Clerk of the Court is directed to CLOSE this case.

Dated this 11th day of October, 2024.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

**ORDER** DISMISSING CASE - 1